FILED
 2010 Mar-18 PM 04:07
U.S. DISTRICT COURT
   N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **NATHAN PAUL AMBERS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No: 5:08-CV-0823-CLS-PWG |
| **COMMISSIONER RICHARD ALLEN, et al.,** | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on August 31, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on October 8, 2009.

The plaintiff argues that the court has misinterpreted Ala. Code 1975, § 14-8-6 regarding the disposition of the money an inmate earns while on work release. However, the plaintiff does not address the conclusion of the court that he failed to state a claim of constitutional proportion. *See*, *Parratt v. Taylor*, 451 U.S. 527, 101 S. Ct. 1908, 68 L. Ed. 2d 420 (1981)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby

is, ADOPTED, and his recommendation is ACCEPTED.  The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED with prejudice.  A Final Judgment will be entered.

      DONE this 18th day of March, 2010.

                                                      _____
                                                      United States District Judge